UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA | Case No. 6:15-CR-264-AA |
|---|---|
| | **INDICTMENT** |
| | **Count 1: Felon in Possession of a Firearm** |
| v. | 18 U.S.C. § 922(g)(1) |
| | **Forfeiture Allegation** |
| CLEMENTE PINEDA, | 18 U.S.C. § 924(d) |
| | 28 U.S.C. § 2461(c) |
| Defendant. | |

## THE GRAND JURY CHARGES:

### COUNT 1
(Felon in Possession of a Firearm)

On or about May 5, 2015, in the District of Oregon, defendant CLEMENTE PINEDA having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Robbery in the Second Degree, in the Circuit Court of the State of Oregon for Malheur County, Case Number 09011915C3, on or about August 3, 2009; and

(2) Burglary in the Second Degree, in the Circuit Court of the State of Oregon for Malheur County, Case Number 05116740C, on or about January 12, 2006;

did knowingly and unlawfully possess the following firearm: a Taurus .357 caliber revolver, bearing serial number 5130534, which firearm had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm involved in that offense, including without limitation: a Taurus .357 caliber revolver, bearing serial number 5130534.

Dated this 15th day of July 2015.

A TRUE BILL.

GRAND JURY FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

NATHAN J. LICHVARCIK
Assistant United States Attorney