NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:15-cr-00264-AA |
| v. | |
| **CLEMENTE BOBBY PINEDA,** | **JOINT MOTION TO CONTINUE** |
| **Defendant.** | |

Pursuant to this Court's Order, the parties provide the following joint motion to continue:

Defendant is charged by indictment in Case No. 6:21-cr-00482-AA, and has a pending supervised release violation in Case No. 6:15-cr-00264-AA. He is in custody on both cases. The defense filed a motion to dismiss the indictment in Case No. 6:21-cr-00482-AA and the government filed a response on February 21, 2023. The motion is still pending. If the motion is denied, the parties anticipate the defendant entering a conditional guilty plea.

\\\

\\\

\\\

**Joint Motion to Continue** Page 1

Case No. 6:21-cr-00482-AA has been continued for 90 days, and the parties jointly request that Case No. 6:15-cr-00264-AA also be continued for 90 days as they will be resolved at the same time.

Dated: June 9, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney

s/ *Richard L. Fredericks*
RICHARD L. FREDERICKS
Attorney at Law
Counsel for Clemente Bobby Pineda